Jimmie Stephens C56483

Name and Prisoner/Booking Number
Solano State Prison

Place of Confinement
P.O. Box 4000 SOL C-13-9-1-L

Mailing Address
Vacaville California 95696-4000

City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

APR 1 2 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jimmie Stephens )
_____ , )
(Full Name of Plaintiff)        Plaintiff, )
)
v.                           )   **CASE NO.**   CV-22-01791-EFB
)                           (To be supplied by the Clerk)
(1) M.Felder-CME )
_____ , )
(Full Name of Defendant) )
(2) S.Gates-Sacramento )
_____ , )
)                  **CIVIL RIGHTS COMPLAINT**
(3) )                       **BY A PRISONER**
_____ , )
)
(4) )   ☐Original Complaint
_____ , )
               Defendant(s). )   ☐First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )   ☒Second Amended Complaint

JURY TRIAL··

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

      ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

      ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
      ☐ Other: _28 USC 1367 ,AB-3121..28 USC 1915g.._ .

2.  Institution/city where violation occurred: _Solano State Prison.._ .

      Haines v Kerner 404 US 519..(1969)..Less stringent standard than
                                          Law trained Attorney..

## B. DEFENDANTS

1. Name of first Defendant: M.Felder ____. The first Defendant is employed as:
   CME
   _____ at Solano Prison..2100 Peabody RD,
   (Position and Title)        Vacaville Ca 9569(Institution)

2. Name of second Defendant: S.Gates ____. The second Defendant is employed as:
   Chief Appeals
   _____ at 1515 State st..Sacramento Calif.
   (Position and Title)        (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☐ No
   28 USC Applicable..1915g..

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

"DEFENDANTS CONTINUES SAME.. Defendants:
"PRACTICE, THAT HAS INJURED" 1..CME M.Felder..
"PLAINTIFF IN PAST".. 2..S.Gates..

(EX 1-5)

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>8TH Amendment..</u>
<u>Deliberate Indifference-Reckless Disregard to Serious Medical..</u>
IMMINENT DANGER SERIOUS PHYSICAL HARM, INJURY..

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [X] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   Plaintiff is being Denied Serious Medical Treatment, when Denied Sildenafil, of 5-25-22, 8-9-22, & 8-9-22, ongoing by CME Felder, a Blood Flow, medication for Erectile Abnormalities of the Viens, Arteries, as Plaintiff Arteries, Viens does not allow Adequate Blood Flow or any at all, when Prescribed by Specialist Urologist Hsieh of 5-16-22, whom Defense is Sildenafil is Non-Formalotory, which plaintiff met, when prescribed by Specialist on 5-16-22, Dr Hsieh..CCHCS #3,5,4..# 4..
   Dr Sabeen did prescribe Sildenafil on or about 8-20-22, and was Revoked, Interfered, again by Felder, whereas Denial of Treatment, worsening, Pain in Groin, Pain in Testicles, with side-effects of Bleeding of penis, when refusal to overcome Abnormal, Blood Flow for satisfaction, when overdue, and Groin pains, Testicle pains, ongoing..
   Dr Broskie, Aung, also Prescribed Sildenafil-Ultra sound as alternative, from Serious Radiation, Prostate Cancer, Blood Flow, with Risks of Heart Attacks, Strokes, Blood Clots, Death, ongoing..28 USC 1915g, applicable when Risks of Serious Physical Harm-Injury, ongoing..

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   "Gates states of 5-13-22 and 9-6-22, "NO INJURIES EXIST FOR TREATMENT".. Felder Refusal to abide by Specialist Orders violate CCHCS 3,5,4 Non-Formulatory Treatment, for Serious Medical care, when Prescribed by Licensed Doctors. When AFRICAN AMERICAN-BLACK..AB-3121..

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim I? [X] Yes [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level? [X] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

"MONETARY REASONS FOR"          1..M.Felder..
"DENIAL SILDENAFIL".            2..S.Gates..

(EX 1-5)

Defendant Gates on several including 5-13-22 and 9-6-22, (Appeals)

did Deny Treatment of Sildenafil,after denial by Felder..As

headquarters have authority over Felder,but Felder outright Denied

Sildenafil,on several occassions..As Gates Concurred with Felder.

Whereas 8th Amendment Right to Treatment Denied,ongoing..

"Medicines(Sildenafil)may be Expensive,but dont excuse Defendants"..

Gates Defense is Plaintiff has no condition for use of Sildenafil,

or Dr Hsieh,Broskie,Aung,and Sabeen are Lying..

Rosado v Alamedia 349 F.SUPP 2D,1340-48..State must provise Treat-
ment..(Sildenafil)..                              8th Amendment..

IMMINENT DANGER SERIOUS PHYSICAL HARM,INJURY,ONGOING..
28 USC 1915g..

Gates and Felder,Defendants Both in concert uses the same Def-

ense,to Denial of Serious Medical Treatment,Gates of 5-13-22,and,

9-6-22,Felder on 2-18-22,5-25-22,and 8-9-22,11-1-22,ongoing Denial

of Sildenafil-Ultra Sound,and cites CCHCS # 3,5,4,which plaintiff

has read and Qualifies for Sildenafil,but still Denied..

CCHCS: States"DRUG FORMULARY""JUSTIFICATION FOR NON-FORMULARY"
"DRUG"..

1..Patient is a new arrival..
2..Documented Treatment Failures with Listed Formulary Medicines..
3..Documented Allergy side-effects preventing Formulary..
4..Medication Recommended by Specialist..
5..Medicines have potential to prevent Mortality and Morbidity,
when Formulary do not exist..

8TH Amendment violated by Gates and Felder for Refusing to

Treat,by Formulary or Non-Formulary Medicines."CCHCS # 3,5,4"..

3-a

Jones v Johnson 781 F2D,71,72..(9th 1986)..States Budgetary,
Restrictions by Supervisors,are Liable..

Defendants:
2..S.Gates..

(EX 1-5)

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 8TH Amendment..
   Interferring with Prescribed Treatment,Deliberate Indifference..

   IMMINENT DANGER SERIOUS HARM,INJURY,ONGOING..

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Dr Hsieh did Prescribe Sildenafil of 5-16-22,as well as Dr
   Sabeen of 8-23-22,as both Denied by Felder,for Serious Blood Flow
   of Viens,Arteries affecting Erectile Abnormalities,causing Pain of
   the Groin,Testicles,by Interfering with Treatment on or about 9-1-22,
   ongoing..Dr Sabeen was no longer Plaintiff PCP Doctor,after 8-23-22..
        Risk of Harm,Injury,Physical,Imminent Danger..28 USC 1915g..
   with further Risks of Strokes,Heart Attacks,Viens Worsening,from Den-
   ial of Sildenafil-Ultra Sound,ongoing..Caused by Radiation for Treat-
   ment of Prostate Cancer,with Risks of Death,ongoing..
        Sildenafil-Ultra Sound Treatments opens up the Viens,Arteries,
   Heart,for Blood Flow to areas of need such as Penis,which prevents
   Blood Clots,by Restoring Blood Flow..All Denied by Felder..When Pla-
   intiff met the Requirements of Non-Formulatory CCHCS #3,5,4..
        When Approved by Specialist Hsieh of 5-16-22,a total,4 Doctors..
   As Risks of Deep Vein Thombrosis or (DVT) affecting 300,000 to 600,
   000 Deaths per year in U.S.
        S.Gates **Defendant** stated no Documentation,plaintiff condition met
   Non-Formulary use of Sildenafil Dated 5-13-22 and 9-8-22..(EX # 3,4,5)
   Acts by Gates are Deliberate and Reckless,when serious Medical Denied..

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Circulation of Viens,Arteries,for Blood Flow to vital areas,He-
   art,Penis,by Treatment of Sildenafil and Normal Blood Flow,all Denied
   by Felder,ongoing.. Interfering with Natures Natural Sex Organ functions..

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

   Estelle v Gamble 429 US 97..(1976)..State Intentionally Inter-
   ferring with Treatment once prescribed..
        Andrews v Cervantes 493 F3D,1047,1055..(9th 2007)..Imminent,Danger..

4

Defendants:
1..CME M.Felder..
2..S.Gates..

**CLAIM III**                    (EX 1-5)

1. State the constitutional or other federal civil right that was violated: 8TH Amendment..
Cruel and Unusual Punishment..Deliberate Indifference to Medical.. .
IMMINENT DANGER SERIOUS PHYSICAL HARM,INJURY,ONGOING..

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☒ Medical care

☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation

☐ Excessive force by an officer  ☐ Threat to safety ☐ Other: _____ .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff has been subjected to Intentional Serious Medical,
Denial of Treatment by CME Felder,when Prescribed by Specialist of
5-16-22,and 3 other Doctors,Sabeen,Boskie,Aung,all Denied..
      Plaintiff Denied Treatment by Felder since 2-18-22,ongoing,for
Side-Effects of Radiation-Prostate Cancer,with Risks of Serious Phy-
sical Harm,Injury,Imminent Danger,when Serious Blood Flow of Viens,
Arteries,causing Penis Abnormalities,with pain in Groin Area,Pain in
Testicles,amounting to Cruel and Unusual punishment,by Failing to
Treat,Refusal to Treat,Denial of Treatment,with further Risks of Str-
okes,Heart Attacks,from Clogged Viens,Arteries,Erectile Abnormalities,
Dysfunctions,ongoing,with Risks of Death..  ;Gates concurred with Felder..
      Felder failed to Treat with Sildenafil as well as Ultra Sound,
known also to restore Circulation from areas of Radiation Injuries,
of 5-28-20,for Prostate Cancer,ongoing..Natural functions Destroyed..
      Felders Defense is Non-Formulatory under CCHCS # 3,5,4,when App-
roved,Prescribed,Sildenafil-Ultra Sound by Specialist Hsieh of 5-16-22..
      S.Gates,agreed with Felder,of not meeting use of Sildenafil..

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Plaintiff is suffering Groin,Testicle pain,with Nexus to the
Circulation of Blood,where Radiation occured,Prostate,Penis,Testi-
cles,causing Erectile Dysfunctions with Risks of Death.. .

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                            ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim III?          ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

"CASE #4.5 BILLION DOLLAR" (EX 1-5)
"BUDGET FOR PROFIT OF ALL"
"EMPLOYEES ONLY"..

## E. REQUEST FOR RELIEF

(Each Defendant)

State the relief you are seeking:

1..Damages in Sum of $500,000 per Defendant plus "5" Million punitive..

| 2..Injunction/Declaratory Relief.. | or | (Five Million Dollars) |
|---|---|---|
| 3..Appointment of Attorney.. | plus; | (Five Hundred Thousand) |

4..Cost of Suit..

5..Judicial Notice of AB-3121, Discrimination as to African Americans..

6..Any other Relief by this Court..

7..ORDER, Defendants prescribe Treatment by KOP, Carry on Meds., when
Needed..Forthwith..(Sildenafil)

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____4-9-23_____

           DATE

                                 SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Exhibit  1..                                    (EX 1-5)

    Dr Sabeen Ordered,Prescribed Urologist Hsieh,Order of 8-23-22,and was not plaintiff PCP Doctor any more..

    Dr Kuerstein also aware of plaintiff need for Treatment,as Plaintiff reviewed for Groin pains of 10-3-22..

Message                 **STEPHENS, JIMMIE EARL - C56483 - 07/18/52**

---

**From:**            Sabeen Munib, Physician & Surgeon
**Sent:**            8/23/2022 06:26:45 PDT
**To:**              SOL Care Team 75-87 Message Pool;
**Patient's Name:**  STEPHENS, JIMMIE EARL
**Caller Name:**     STEPHENS, JIMMIE EARL
**Phone:**           -
**Subject:**         RE:

---

From: Munib, Sabeen Physician & Surgeon
To: SOL Care Team 75-87 Message Pool;
Sent: 8/23/2022 06:26:45 PDT
Subject: RE:

he needs special permission from headquarters per pharmacist and Dr. Kuersten , its not covered

---

From: Dong, Morgan MA (SOL Care Team 75-87 Message Pool)
To: Sabeen Munib, Physician & Surgeon;
Sent: 8/20/2022 08:28:21 PDT

**Patient place a 7362 into medical for the following medications: Sildenafil 100mg**

**Expired Date: 7/22/2022**

**Would you like to renew medication?**

**Morgan RMA**

---

| **Printed By :** | MORGAN.DONG | Page 1 of 2 |
| **Printed On :** | 8/24/2022 11:06:17 PDT | |

*Rec* 8-24

JIMMIE STEPHENS
C56483

Good Morning/ Good Afternoon,

You placed a 7362 into medical for the follow request for: Sildenafil . You do not have a current order. I message the doctor as well for renewal. You need to place a new 7362 into medical to be re-evaluated by your PCP, if you want to continue this medication.

Thank you,

Dong, Morgan MA

Sincerely,

California Correctional Health Care Services

8-2

**SOL - California State Prison, Solano**
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696-

| | |
|---|---|
| **Patient:** | **STEPHENS, JIMMIE EARL** |
| DOB/Age/Birth Gender: | 7/18/1952   70 years      Male |
| Gender Identity: | Male |
| Encounter Date: | 3/25/2020 |
| Attending: | Aung,Nay P&S |

CDCR #:  C56483
PID #:  11088492
Referring:

## Progress Notes

Document Type:                     Outpatient Progress Note
Document Subject:                  Office Visit Note
Service Date/Time:                 7/25/2022 11:03 PDT
Result Status:                     Auth (Verified)
Perform Information:               Munib,Sabeen Physician & Surgeon (7/25/2022 11:06 PDT)
Sign Information:                  Munib,Sabeen Physician & Surgeon (7/25/2022 11:06 PDT)
Authentication Information:        Munib,Sabeen Physician & Surgeon (7/25/2022 11:06 PDT)

### Chief Complaint
follow up with FIT test

### History of Present Illness
Mr. STEPHENS, JIMMIE EARL is a 70 Years old Black Male patient who is being seen today for F/U positive stool fit test

Patient results for stool test were positive on 5/25/2022, done in had colonoscopy done in 2020 showing a sessile polyp which was removed. Also he has internal hemorrhoids. He does report dark blood in stool occasionally. Denies any fatigue shortness of breath chest pain.

Patient is also requesting sildenafil which she was prescribed by urologist for erectile dysfunction post prostate surgery.

### Review of Systems
**Short ROS:**
CONSTITUTIONAL: No fever, chills or weight loss. EYES: No blurry vision or double vision. ENT: No sore throat or earache. RESPIRATORY: No cough or wheezing. CARDIOVASCULAR: No chest pain, SOB, or palpitations. GASTROINTESTINAL: No nausea, vomiting, no diarrhea, no rectal bleeding, no melanotic stools. GENITOURINARY: No hematuria or dysuria. NEUROLOGIC: No syncope, seizure, or dizziness. MUSCULOSKELETAL: No joint pain, swelling, or stiffness. SKIN: No rash or lesions.

### Physical Exam

Vitals & Measurements
**T:** 36.8 °C (Oral)  **HR:** 61 (Peripheral)  **RR:** 16  **BP:** 139/85  **SpO2:** 97%
**WT:** 77.5 kg  **WT:** 77.5 kg (Wt dosing)
General: Alert and oriented, No acute distress.
Respiratory: Lungs are clear to auscultation.
Cardiovascular: Normal rate, Regular rhythm, No murmur, No gallop. No Edema.
Integumentary: No pallor.

### Problem List/Past Medical History
Ongoing
Allergic rhinitis
BPH with obstruction/lower urinary tract symptoms
Constipation
Dyslipidemia
Hemorrhoids, internal
History of prostate cancer
HTN (hypertension)
Hx Dysplastic polyp of colon
Lumbago
Vitamin D deficiency
Historical
Nonspecific reaction to tuberculin test

### Procedure/Surgical History
Colonoscopy through stoma; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) (11/10/2020), Colonoscopy through stoma; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) (03/24/2017).

### Medications
**Active Medications:**
1-acetaminophen 325 mg Tab (acetaminophen 325 mg) 650 mg 2 tab Oral TID-KOP KOP PRN: pain
amLODIPine  10 mg 1 tab Oral Daily-KOP KOP
1-aspirin EC 81 mg Tab-DR (ASPIRIN EC 81

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

'SOL - California State Prison, Solano

Patient:          **STEPHENS, JIMMIE EARL**
DOB/Age/Birth Gender:    7/18/1952  /   70 years    /   Male          CDCR: C56483

| *Progress Notes* |
|---|

### Assessment/Plan

1. Occult blood in stool
   Colonoscopy as ordered

2. ED (erectile dysfunction)
   Sildenafil as prescribed
   Ordered:
   sildenafil, 1, tab, Oral, Tab, Daily, PRN other (see comment), Administration Type DOT, Medication Indication rec by urologist, NA, NA, Order Duration: 90 NA day, Stop Date: 10/24/22 6:59:00 PDT, First Dose: 07/26/22 7:00:00 PDT, 07/26/22 7:00:00 PDT

MG TABLET UD)  81 mg 1 tab Oral Daily-KOP KOP
atorvastatin  20 mg 1 tab Oral qPM-KOP KOP
calcium carbonate 500 mg Tab-Chew (Tums 500 mg , chewable)  1,000 mg 2 tab Chewed TID-KOP KOP PRN: heartburn
capsaicin 0.025%  Cream 60 gm (capsaicin 0.025% topical cream)  1 app Topical BID-KOP KOP PRN: knee pain
cholecalciferol 1,000 unit Tab (Vitamin D3)  1,000 unit 1 tab Oral Daily-KOP KOP
hydroCHLOROthiazide  25 mg 1 tab Oral Daily-KOP KOP
hydrocortisone topical 1% Cream 30 gm (hydrocortisone 1% topical cream)  1 app Topical BID-KOP KOP
lactulose  20 gm 30 mL Oral Daily-KOP KOP PRN: constipation
phenylephrine-cocoa butter 0.25% Supp (phenylephrine 0.25% rectal suppository)  1 supp Per rectum Daily-KOP KOP
1-polycarbophil 625 mg Tab (Fiber Lax)  1,250 mg 2 tab Oral Daily-KOP KOP
sildenafil 100 mg Tab (sildenafil 100 mg)  1 tab Oral Daily DOT PRN: other (see comment)
terazosin  5 mg 1 cap Oral qPM-KOP KOP

### Allergies
mirtazapine

### Social History
Alcohol
Former, Beer
Substance Abuse
Never
Tobacco
Former, Cigarettes

### Family History
Heart disease: Mother.
Hyperlipidemia: Mother.
Hypertension: Mother.
Stroke: Mother.
Unknown: Father.

### Immunizations

| Event Name | Event Result | Date/Time |
|---|---|---|
| hepatitis B adult vaccine | 20 mcg | 09/17/18 08:36:00 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  59292132                     Print Date/Time:  8/25/2022 10:57 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

'SOL - California State Prison, Solano

Patient:                    **STEPHENS, JIMMIE EARL**
DOB/Age/Birth Gender:    7/18/1952  /  70 years    /    Male         CDCR: C56483

---

## *Progress Notes*

| | | |
|---|---|---|
| hepatitis B adult vaccine | 20 mcg | 04/19/18 08:36:00 |
| hepatitis B adult vaccine | 20 mcg | 03/19/18 12:04:00 |
| influenza virus vaccine, inactivated | 0.5 mL | 10/15/21 12:13:00 |
| influenza virus vaccine, inactivated | 0.7 mL | 10/19/20 10:37:00 |
| influenza virus vaccine, inactivated | 0.5 mL | 10/23/19 08:41:00 |
| pneumococcal 13-valent conjugate vaccine | 0.5 mL | 12/16/19 08:19:00 |
| pneumococcal 23-polyvalent vaccine | 0.5 mL | 05/13/20 10:32:00 |
| pneumococcal 23-polyvalent vaccine | 0.5 mL | 06/02/15 12:00:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 50 mcg | 06/17/22 16:57:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 100 mcg | 09/03/21 11:36:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 100 mcg | 02/19/21 09:52:00 |

**Encounter Info:** Patient Name: JIMMIE STEPHENS,DOB: 07/18/1952,CDCR: C56483,FIN: 10000001311088492C56483,Facility: SOL,Encounter Type: Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  59292132                        Print Date/Time:   8/25/2022 10:57 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

11

**SOL - California State Prison, Solano**

| | | |
|---|---|---|
| Patient: | **STEPHENS, JIMMIE EARL** | |
| DOB/Age/Birth Gender: | 7/18/1952  /  70 years  /  Male | CDCR: C56483 |

---

## Orders

---

### Patient Care

| Order: 7362 Medical Routine Follow Up 20 | | |
|---|---|---|
| Order Date/Time: 10/3/2022 14:36 PDT | | |
| Order Start Date/Time: 10/17/2022 10:50 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Follow-up |
| End-state Date/Time: 10/17/2022 12:06 PDT | End-state Reason: | |
| Ordering Physician: Kuersten,Martin CME | Consulting Physician: | |
| Entered By: Baumert,Paul RN on 10/3/2022 14:36 PDT | | |
| Order Details: 10/17/22 10:50:00 AM PDT, *14 days, 10/17/22 23:59:00 PDT, | | |
| 170.71.227.182.20221000021503577321723211#1.00, Follow up to discuss ongoing stomach cramps and groin pain. | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 10/17/2022 12:06 PDT | Action Personnel: Jones,Rosana MA |
| Responsible Provider: Kuersten,Martin CME | Supervising Provider: | Communication Type: |
| Order Details: 10/17/22 10:50:00 PDT, *14 days, 10/17/22 23:59:00 PDT, | | |
| 170.71.227.182.20221000021503577321723211#1.00, Follow up to discuss ongoing stomach cramps and groin pain. | | |
| Review Information: | | |
| Doctor Cosign: Not Required | | |
| Order Comment: Comment Removed | | |
| Action Type: Modify | Action Date/Time: 10/14/2022 07:05 PDT | Action Personnel: Patz,Madeleine OT |
| Responsible Provider: Kuersten,Martin CME | Supervising Provider: | Communication Type: |
| Order Details: 10/17/22 10:50:00 PDT, *14 days, 10/17/22 23:59:00 PDT, | | |
| 170.71.227.182.20221000021503577321723211#1.00, Follow up to discuss ongoing stomach cramps and groin pain. | | |
| Review Information: | | |
| Doctor Cosign: Not Required | | |
| Order Comment: Comment Removed | | |
| Action Type: Order | Action Date/Time: 10/3/2022 14:36 PDT | Action Personnel: Baumert,Paul RN |
| Responsible Provider: Kuersten,Martin CME | Supervising Provider: | Communication Type: No Cosign Required |
| Order Details: 10/03/22 0:01:00 PDT, *14 days, 10/17/22 23:59:00 PDT, | | |
| 170.71.227.182.20221000021503577321723211#1.00, Follow up to discuss ongoing stomach cramps and groin pain. | | |
| Review Information: | | |
| Doctor Cosign: Not Required | | |
| Order Comment: Comment Removed | | |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  63603892

Print Date/Time:  12/20/2022 09:09 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit  2..

Urologist-Specialist Ordered Sildenafil of 5-16-22,almost
one year ago..

As well as Dr Broskie of 9-19-22..Felder,Gates were are of
need for Treatment..

13

OneContent: Generated By tenethealth.net\SHEILA ROGERS

*Telemed*
*sol*
*C 56483*

DOCTORS HOSPITAL OF MANTECA
1205 East North Street
Manteca, CA 95336

Name: STEPHENS, JIMMIE                    Kisseng Hsieh, M.D.
MRN:  000467898                           ADM: 05/16/2022
ACCT: 101680576

Clinic Note                               *Malign*
-----------------------------------------------------------------------

DATE OF SERVICE:
05/16/2022                    TELE-MEDICINE CLINIC

HISTORY OF PRESENT ILLNESS:
The patient is a 69-year-old male with prostate cancer, Gleason 3+3 equals 6
involving 10% of the core.  Initial PSA 4.3, who was diagnosed in 2019.  He
completed radiation therapy in May 2020.  He presents today for a telemedicine
visit.  He has a good stream.  He wakes up twice a night to urinate.  He takes
terazosin 5 mg daily.  He complains of erectile dysfunction, which has been
present since completion of his radiation therapy.  He denies dysuria or
hematuria.

ALLERGIES:
MIRTAZAPINE.

MEDICATIONS:
1. Aspirin 81 mg.
2. Terazosin 5 mg daily.
3. Capsaicin topical.
4. Lactulose.
5. Amlodipine.
6. Atorvastatin.
7. Hydrochlorothiazide.

MEDICAL HISTORY:
Elevated cholesterol, prostate cancer.

SOCIAL HISTORY:
He quit smoking.

PHYSICAL EXAMINATION:
Limited by the fact that this is a telemedicine visit.

LABORATORY DATA:
Creatinine 1.2 on 9/27/2021, PSA 0.9 on 6/20/2021, PSA 0.72 on 12/24/2021, PSA
0.651 on 3/24/2022.

IMPRESSION:
The patient is a 69-year-old male with prostate cancer, status post external
beam radiation therapy.  Last PSA 0.65.  He has no evidence of disease.  He
has erectile dysfunction.

PLAN:
1. The patient complains that he has hemorrhoids.  Please consider evaluation
to consider gastroenterology for surgery regarding this.

-----------------------------------------------------------------------
Work Type: Clinic Note                    Work Type Code:    CNT
T001                                                  Page: 1

OneContent; Generated By tenethealth.net\SHEILA ROGERS

DOCTORS HOSPITAL OF MANTECA
1205 East North Street
Manteca, CA 95336

Name: STEPHENS, JIMMIE                    Kisseng Hsieh, M.D.
MRN:  000467898                           ADM: 05/16/2022
ACCT: 101680576

Clinic Note
--------------------------------------------------------------------------------

2. Please check his PSA every six months.
3. Continue terazosin 5 mg daily.
4. With regard to his erectile dysfunction, I recommend sildenafil 100 mg
30-60 minutes prior to intercourse.  Discussed potential adverse events with
the patient.




_____
Kisseng Hsieh, M.D.

cc:   Correctional Facility

TR:KH/DS
DD:05/16/2022 18:33 PDT
DT:05/17/2022 10:23 PDT
Dictation ID: 27697822/Confirmation #: 1015131




--------------------------------------------------------------------------------
Work Type: Clinic Note                    Work Type Code:    CNT
T001                                                  Page: 2

**SOL - California State Prison, Solano**

Patient:                    **STEPHENS, JIMMIE EARL**
DOB/Age/Birth Gender:    7/18/1952  /  70 years    /    Male          CDCR: C56483

---

## Progress Notes

Document Type:                          Outpatient Progress Note
Document Subject:                       Office Visit Note
Service Date/Time:                      9/19/2022 14:09 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Bzoskie,Thomas P&S (9/19/2022 14:17 PDT)
Sign Information:                       Bzoskie,Thomas P&S (9/19/2022 14:17 PDT)
Authentication Information:             Bzoskie,Thomas P&S (9/19/2022 14:17 PDT)

### Chief Complaint
follow up with request speak to PCP of medication Sildenafil.

### History of Present Illness
Patient presents to clinic with questions about sildenafil. Medication was written prior provider. Urology consultation when sildenafil for erectile dysfunction. Patient states he currently does not have family visits. Patient wonders the sildenafil as part of his cancer treatment. Pharmacy identified sildenafil as nonformulary and needing approval this message was forwarded to the CME.

Patient requesting PSA testing. Patient informed that PSA testing was scheduled for this month. CMP was added to PSA testing. Prior CMP demonstrated elevated calcium.

Patient is awaiting colonoscopy given positive fit test. Patient notes that he has hemorrhoids and states he thinks the blood is coming from his hemorrhoids. Patient denies any recent bleeding review of CBC demonstrates normal H&H.

### Physical Exam

Vitals & Measurements
**T:** 37 °C (Oral) **HR:** 68 (Peripheral) **RR:** 14 **BP:** 131/82 **SpO2:** 96%
**WT:** 77 kg **WT:** 77 kg (Wt dosing)
Physical exam declined by patient at this time she will follow-up medical problems

### Assessment/Plan
1. Serum calcium elevated
   Recheck calcium level CMP ordered.
2. Occult blood in stool
   History of positive fit test. colonoscopy pending
   Patient clinic in person exam or submit 7362 if he has further bleeding and/or
   any hemorrhoidal signs or symptoms/progress.
Erectile dysfunction
   Patient is requesting sildenafil is nonformulary.
Orders:
Comprehensive Metabolic Panel
Follow-up chronic care as scheduled. Continue current medications.
Return to clinic as needed

### Problem List/Past Medical History
Ongoing
Allergic rhinitis
BPH with obstruction/lower urinary tract symptoms
Constipation
Dyslipidemia
Hemorrhoids, internal
History of prostate cancer
HTN (hypertension)
Hx Dysplastic polyp of colon
Lumbago
Vitamin D deficiency
Historical
Nonspecific reaction to tuberculin test

### Procedure/Surgical History
Colonoscopy through stoma; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) (11/10/2020), Colonoscopy through stoma; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) (03/24/2017).

### Medications
**Active Medications:**
1-acetaminophen 325 mg Tab
(acetaminophen 325 mg) 650 mg 2 tab Oral
TID-KOP KOP PRN: pain
amLODIPine 10 mg 1 tab Oral Daily-KOP
KOP
1-aspirin EC 81 mg Tab-DR (ASPIRIN EC 81
MG TABLET UD) 81 mg 1 tab Oral
Daily-KOP KOP
atorvastatin 20 mg 1 tab Oral qPM-KOP KOP
calcium carbonate 500 mg Tab-Chew (Tums
500 mg , chewable) 1,000 mg 2 tab
Chewed TID-KOP KOP PRN: heartburn
capsaicin 0.025% Cream 60 gm (capsaicin

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**SOL - California State Prison, Solano**

Patient:              **STEPHENS, JIMMIE EARL**
DOB/Age/Birth Gender:   7/18/1952  /  70 years    /   Male          CDCR: C56483

## *Progress Notes*

0.025% topical cream)  1 app Topical
BID-KOP KOP PRN: knee pain
cholecalciferol 1,000 unit Tab (Vitamin
D3)  1,000 unit 1 tab Oral Daily-KOP KOP
hydroCHLOROthiazide  25 mg 1 tab Oral
Daily-KOP KOP
hydrocortisone topical 1% Cream 30 gm
(hydrocortisone 1% topical cream)  1 app
Topical BID-KOP KOP
lactulose  20 gm 30 mL Oral Daily-KOP KOP
PRN: constipation
phenylephrine-cocoa butter 0.25% Supp
(phenylephrine 0.25% rectal suppository)  1
supp Per rectum Daily-KOP KOP
1-polycarbophil 625 mg Tab (Fiber
Lax)  1,250 mg 2 tab Oral Daily-KOP KOP
terazosin  5 mg 1 cap Oral qPM-KOP KOP

### Allergies
mirtazapine

### Social History
Alcohol
Former, Beer
Substance Abuse
Never
Tobacco
Former, Cigarettes

### Family History
Heart disease: Mother.
Hyperlipidemia: Mother.
Hypertension: Mother.
Stroke: Mother.
Unknown: Father.

### Immunizations

| Event Name | Event Result | Date/Time |
|---|---|---|
| hepatitis B adult vaccine | 20 mcg | 09/17/18 08:36:00 |
| hepatitis B adult vaccine | 20 mcg | 04/19/18 08:36:00 |
| hepatitis B adult vaccine | 20 mcg | 03/19/18 12:04:00 |
| influenza virus vaccine, inactivated | 0.5 mL | 10/15/21 12:13:00 |
| influenza virus vaccine, inactivated | 0.7 mL | 10/19/20 10:37:00 |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  60575344                              Print Date/Time:   9/28/2022 13:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**SOL - California State Prison, Solano**

Patient: **STEPHENS, JIMMIE EARL**
DOB/Age/Birth Gender: 7/18/1952 / 70 years / Male          CDCR: C56483

## Progress Notes

| | | |
|---|---|---|
| influenza virus vaccine, inactivated | 0.5 mL | 10/23/19 08:41:00 |
| pneumococcal 13-valent conjugate vaccine | 0.5 mL | 12/16/19 08:19:00 |
| pneumococcal 23-polyvalent vaccine | 0.5 mL | 05/13/20 10:32:00 |
| pneumococcal 23-polyvalent vaccine | 0.5 mL | 06/02/15 12:00:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 50 mcg | 06/17/22 16:57:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 100 mcg | 09/03/21 11:36:00 |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 100 mcg | 02/19/21 09:52:00 |

**Lab Results**
WBC 3.2 thou/mcL 07/29/2022 09:09 PDT (Low)
RBC 4.20 x10(6)/mcL 07/29/2022 09:09 PDT
Hgb 13.6 gm/dL 07/29/2022 09:09 PDT
Hct 41.6 % 07/29/2022 09:09 PDT
MCV 99.0 fL 07/29/2022 09:09 PDT
MCH 32.4 pg 07/29/2022 09:09 PDT
MCHC 32.7 gm/dL 07/29/2022 09:09 PDT
RDW 12.2 % 07/29/2022 09:09 PDT
Platelet 151 thou/mcL 07/29/2022 09:09 PDT
MPV 12.0 fL 07/29/2022 09:09 PDT
Ferritin Lvl 53 ng/mL 07/29/2022 09:09 PDT
Fecal Globin Detected 05/25/2022 07:35 PDT (Abnormal)

**Encounter Info:** Patient Name: JIMMIE STEPHENS,DOB: 07/18/1952,CDCR: C56483,FIN: 10000001311088492C56483,Facility: SOL,Encounter Type: Institutional Encounter

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  60575344                          Print Date/Time:  9/28/2022 13:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit  3..

Gates of Sacramento stated no condition meeting criteria for
Sildenafil of 5-13-22,when prescribed by 4 Doctors./.

Also Less excepted medicine,stimulus,other than Sildenafil..



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

### Headquarters' Level Response

**Closing Date:** MAY 1 3 2022

**To:**  STEPHENS, JIMMIE (C56483)
California State Prison – Solano
P. O. Box 4000
Vacaville, CA 95696-4000

**From:**  California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**  SOL HC 21000711

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Grievances (Grievance Status) | "Emergency" processing. |
| Issue: | Disagreement with Treatment (PCP) | Concern urology consultation was cancelled; and, disagreement with Viagra (sildenafil) not being ordered as recommended by specialist. |
| Issue: | Medication (Specific Type/Dose) | Viagra or a less excepted stimulus for enhancement. |
| Issue: | Medication (Side Effects) | Concern with radiation side effects related to erectile dysfunction. |
| Issue: | Non-Medical/Custody (Visiting) | Concern regarding family visitation. |

## HEADQUARTERS' LEVEL DISPOSITION

☒ No intervention.  ☐ Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Health care staff, utilizing clinical expertise within the scope of their licensure, is responsible for determining if a health care grievance warrants expedited processing, not the grievant. Your health care grievance was identified by licensed clinical staff to not meet the criteria for expedited processing per California Code of Regulations, Title 15, Section 3999.228(b)(2) and/or 3999.230(b)(1)(B).

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. Records indicate on December 19, 2021, the urologist spent time discussing with you about different treatment options for prostate cancer, at which time you were recorded to have elected to proceed with external radiation therapy. You were subsequently seen for an oncology consultation on February 28, 2020, at which time you were educated of expected side effects to radiation therapy and potential risks and complications, to include the likelihood of chronic erectile dysfunction given your pretreatment status. You were noted to have understood and provided informed consent to proceed with radiation. You completed external radiation therapy on June 24, 2020.

You have continued to receive monitoring, status-post completion of radiation therapy, including urology specialist consultation in November 2020, laboratory studies, and primary care provider evaluations.

You were seen by the primary care provider on November 29, 2021, at which time you were noted to discuss the complications from radiation and treatment for erectile dysfunction. You denied dysuria, hematuria, or problem with controlling bladder. You were advised treatment for erectile dysfunction is not medically necessary per California Code of Regulations, Title 15, Section 3999.200.

There is no recent documentation that you have attempted to access health care services utilizing the approved processes for other urologic related health care complaints or concerns.

You are currently pending follow-up with the urologist, and have been advised of the backlog and delays associated with scheduling. You will be notified as the appointment nears.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

Per California Code of Regulations, Title 15, Section 3999.200, California Correctional Health Care Services shall provide health care services to patients which are based on medical or clinical necessity.

Prescriptions/orders shall be limited to the medications listed in the California Correctional Health Care Services Formulary, unless otherwise provided by the non-formulary process in accordance with the Health Care Department Operations Manual, Section 3.5.4, CCHCS Drug Formulary. The primary care provider did not document a current condition that meets the criteria for non-formulary use of sildenafil.

Your medical condition will continue to be monitored with care provided as determined medically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

California Correctional Health Care Services makes every effort to ensure patients receive timely access to the full range of necessary health care services. In order to improve the overall quality and efficiency of health care services and outcomes, California Correctional Health Care Services includes the appropriate personnel and organizational functions to identify and address barriers to care, including staffing, lockdowns, restricted movement, fog lines, and backlogs.

You alleged negligent care; however, your allegation is refuted by professional health care staff familiar with your health care history, as well as a review of your health record. There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758

23

necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

It is not appropriate to expand the health care grievance beyond the initial issue(s). The Health Care Correspondence and Appeals Branch has the discretion whether to address new issues; it has been determined the new issue(s), *regarding hemorrhoids, ability to produce sperm, and refusal to order biopsy in 2018*, not included in the originally submitted CDCR 602 HC, Health Care Grievance, will not be addressed at the headquarters' level per California Code of Regulations, Title 15, Section 3999.230(i).

You have the right to exhaust your administrative remedies or file a civil action. It is your personal responsibility to obtain legal counsel if you so choose. The Prison Litigation Reform Act (42 U.S.C § 1997e[a]) states: "No action shall be brought with respect to prison conditions under § 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Your concerns regarding family visitation are not health care services issues over which California Correctional Health Care Services has jurisdiction. As such, your concerns should be addressed through the appropriate custody channels at your institution.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

Digitally signed by
HCCAB
Date: 2022.05.13 10:17:00
-07'00'

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

May 13, 2022

Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: SOL HC 21000711 |
|---|---|---|

J. Baringa RN                    ☐B— RN          12/13/2021

Staff Name and Title (Print)            Signature                    Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Stephen, Jimmie | CDCR #: C56483 | Unit/Cell #: C18-116L |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

See attached CDCR-0602-HC (Rev. 6/17) + 🗹
          "                "        CDCR-0602-HC A (06/17)

Supporting Documents Attached. Refer to CCR 3999.227   ☐ Yes   ☐ No

Grievant Signature: _____   Date Submitted: _____

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. _____

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only     Is a CDCR 602 HC A attached?  ☒ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____   Date: _____

☐ Withdrawn (see section E)

☒ Accepted     Assigned To: J. Barriga   Title: HCARN     Date Assigned: 12/14/21   Date Due: 2/14/22

Interview Conducted?     ☒ Yes  ☐ No   Date of Interview: 2/1/2022     Interview Location: Bld 18

Interviewer Name and Title (print): J. Barriga RN     Signature: ☐B— RN     Date: 2/1/2022

Reviewing Authority Name and Title (print): m. Felder, CEO     Signature: _____     Date: 2/8/22

**Disposition:** See attached letter   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: FEB 0 9 2022

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: 8.7

RECEIVED SOL DEC 13 2021
STAFF USE ONLY
HCGO

COMPLETED SOL FEB-9 2022
HCGO

23

Page 2 of 2

Tracking #: SOL HC 21000711

| SECTION C: | Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
|---|---|

No Copy

| Grievant Signature: | Date Submitted: |
|---|---|

**SECTION D: HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**   Is a CDCR 602 HC A attached? ☑ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____

☐ Withdrawn (see section E)   ☑ Accepted

☐ Amendment   Date: _____

Interview Conducted?   ☐ Yes ☑ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print): _____   Signature: _____   Date: _____

| Disposition: See attached letter | ☐ Intervention | ☑ No Intervention |
|---|---|---|

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant **MAY 1 3 2022**

| SECTION E: | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: |
|---|---|

| Grievant Signature: | Date Submitted: |
|---|---|
| Staff Name and Title (Print): | Signature: | Date: |

**STAFF USE ONLY**

RECEIVED HCCAB FEB 17 2022   COMPLETED HCCAB MAY 1 3 2022

Distribution: Original - Returned to grievant after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

24

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

*EMERGENCY APPEAL-*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? | ☐ Yes | ☐ No | Institution: SOL HC | Tracking #: 21000711 |
|---|---|---|---|---|---|

Staff Name and Title (Print) _____ Signature _____ Date _____

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): STEPHEN    JIMMIE    E

CDCR #: C56483    Unit/Cell #: E-18-116

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

On or About 11-30-21 I was seen by Doctor whom Cancelled my Urology evaluation of 11-8-21 as was Ordered Viagra now its Cancelled, as plan on having family Visit Soon, for Temporary fix to my Problem, as equal Protection based on free Citizens & ones thats Incarcerated, As of 11-9-21 I found out my Urologist evaluation is now A go,

*If you need more space, use Section A of the CDCR 602 HC A*

☐ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached:

_____

☐ No, I have not attached any supporting documents. Reason:

Grievant Signature: _____    Date Submitted: 12-15-21

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | | Is a CDCR 602 HC A attached? ☐ Yes ☐ No |
|---|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section C)

☐ Accepted    Assigned To: _____    Title: _____    Date Assigned: _____    Date Due: _____

Interview Conducted?    ☐ Yes ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

Reviewing Authority Name and Title (print): _____    Signature: _____    Date: _____

**Disposition:** See attached letter    ☐ Intervention    ☐ No Further Intervention    ☐ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: _____

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |
| 4. Comments: 8.1 | | |

RECEIVED SOL DEC 13 2021 HCGO

STAFF USE ONLY

COMPLETED SOL FEB - 9 2022 HCGO

25

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: SOLHC 21000711

**SECTION B:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Treatment is still being Denied for RADIATION Affects After said Treatment for Cancer, bAsed on ① Policy, custom, practice of CDCR-CCHCS Including Hemeroids still Bleeding After Diagnosis of Constant Bleeding. Stems from mony HAnD Tests for Prostate + Prostate Swollen, whereas, ② sperm Glonds Burst AwAy from RADIATion A Direct INJury Denying Right Privilege to produce sperm for child Birth ③ now Erectile Dysfunctions Treatment when Treatment AvAilAble but Do not meet Terms of CICR As expected Treatment when necessAry from negligence or Deliberate Acts of RADiologist Treatment cAused

Grievant Signature: ___ Date Submitted: 2-14-22

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**   Is a CDCR 602 HC A attached? ☐ Yes ☐ No

This grievance has been:
☐ Rejected (See attached letter for instruction): Date: ___ Date: ___
☐ Withdrawn (see section C)
☐ Accepted

Interview Conducted? ☐ Yes ☐ No   Date of Interview: ___   Interview Location: ___
Interviewer Name and Title (print): ___   Signature: ___   Date: ___

**Disposition:** See attached letter ☐ Intervention ☐ No Further Intervention ☐ No Intervention

*This decision exhausts your administrative remedies.*

**HQ Use Only:** Date closed and mailed/delivered to grievant:

**SECTION C:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

Grievant Signature: ___   Date Submitted: ___
Staff Name and Title (Print): ___   Signature: ___   Date: ___

RECEIVED HCCAB FEB 17 2022   COMPLETED HCCAB MAY 13 2022   STAFF USE ONLY

Distribution: Original - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

26

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
**CDCR-0602-HC A (06/17)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

---

**STAFF USE ONLY**

Institution:

Tracking #: SOL HC 21000711

---

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI):

STEPHEN  JIMMIE

CDCR Number: CJ6483

Unit/Cell Number: C-18-116

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy) :

for evaluation, but still request viagra or a less excepted stimulus for my enhancement needs as the radiation side-effects maybe temporary or age may play a part, but prior to radiation had no problems. Dr Sanchez recommended the urologist & hope this didn't stop the viagra, when it was ordered or approved. As some at CMF recieve viagra, so it is not barred in prison, as family is a vital part of rehabilitation. this is an emergency appeal - family visit -

Grievant Signature:                          Date Submitted: 12-12-21

**SECTION B** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response) :

These injuries that plaintiff is claiming as part of damages in ongoing lawsuit against said Doctor whom refused to do biopsy of 10-1-18 when PSA 3.8 of 4, when new doctor of 2019 stated to allow biopsy & come back positive for cancer, as treatment was radiation with stated side-effects, if summary judgment filed is ruled in my favor by USDC-Eastern District Court, so all treatment necessary to bring back body to whole be mis-treatment or denial mistreatment under 8th Amendment.,

Grievant Signature:                          Date Submitted: 2-14-22  12-12-22

RECEIVED
SOL
DEC 13 2021
HCGO

COMPLETED
HCCARD
MAY 13 2022

STAFF USE ONLY

COMPLETED
SOL
FEB - 9 2022
HCGO

27

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
**CDCR-0602-HC A (06/17)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking # SOL HC 21000711

| STAFF USE ONLY | Grievants <u>do not write</u> in this area. Grievance Interview Clarification: Document issue(s) clarified during interview |

copy

No

**Staff Name and Title:** _____

**Sign\_\_RECEIVED\_\_** _____    **Date:** _____

HCCAB
FEB 1 7 2022

S T A F F   U S E   O N L Y

**Distribution: Original** - Returned to grievant after completed, **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

28



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institutional Level Response**

**Closing Date:**    FEB 0 9 2022

**To:**    STEPHENS, JIMMIE (C56483)
C 018 1000116LP
California State Prison – Solano
P. O. Box 4000
Vacaville, CA 95696-4000

**Tracking #:**    SOL HC 21000711

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Medication ( Med Specific Type / Dose ) | Viagra or a less excepted stimulus |

## INTERVIEW
On February 1, 2022, you were interviewed by J. Barriga, RN, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate Viagra is not medically necessary per Title-15 at this time.

You have received primary care provider evaluation and monitoring for your history of prostate cancer. The primary care provider completed assessments, noted review of your history, current symptoms, and laboratory/imaging results, and developed a plan of care, including a follow-up appointment with the Urologist.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAB
FEB 17 2022

29

Health care staff, utilizing clinical expertise within the scope of their licensure, is responsible for determining if a health care grievance warrants expedited processing, not the grievant. Your health care grievance was identified by licensed clinical staff to not meet the criteria for expedited processing per California Code of Regulations, Title 15, Section 3999.228(b)(2) and/or 3999.230(b)(1)(B).

The health and safety of our population is of critical importance to the California Department of Corrections and Rehabilitation and California Correctional Health Care Services. While our agency is working together to appropriately respond to the COVID-19 crisis, we will continue to provide urgent and emergent health care services. To reduce risks to both patients and staff, inmate movement will be minimized. In addition, some specialty and routine care may be delayed as a result of both internal redirections and external closures. All cancelled appointments will be rescheduled as soon as safely possible. If you have health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_____
M. Felder
Chief Executive Officer
CCHCS
California State Prison – Solano

_____2-8-22_____
Reviewed and Signed Date

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.



RECEIVED
HCCAP
FEB 17 2022

3C

# ADA/Effective Communication Patient Summary

**As of:** 12/13/2021 09:00

## Patient Information

**NAME:** STEPHENS, JIMMIE
**CDCR:** C56483

## Disability Placement Program

**Current DPP Code(s):**
 * DLT

**DPP Verification/Accommodation Date:** 08/26/17 17:07:45 PDT

**Current Housing Restrictions/Accomodations:**
 * Bottom Bunk
 * Ground Floor- Limited Stairs

## Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

## Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

## Testing of Adult Basic Education (TABE)

**TABE Score:** 08.7

**TABE Date:** 04/20/2007 00:00

## Learning Disabilities

**Learning Disabilities:**

## English Proficiency

**LEP:** No

**Primary Language:** English

## Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

## MHSDS

**MHLOC:**  GP

RECEIVED
HCCAP
FEB 17 2022

Exhibit 4..

Ultra sound presented to Felder and Denied of 10-21-22..As
well as Sildenafil,Denied again..



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Response

**Closing Date:**　OCT **2 1** 2022

**To:**　　STEPHENS, JIMMIE (C56483)
C 013 1009001LP
California State Prison – Solano
P. O. Box 4000
Vacaville, CA 95696-4000

**Tracking #:**　SOL HC 22000408

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Medication ( Med Discontinued / Denied ) | You claim Sildenafil is being denied |
| Issue: | Staff Complaints ( Deliberate Indifference ) | You allege the ultrasound denial is showing deliberate indifference |

## INTERVIEW

On October 6, 2022, you were interviewed by J. Barriga, Registered Nurse, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.　　[ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

Your issues regarding Sildenafil and an ultrasound being denied will not be addressed herein as these are duplicate issues to that in health care grievance tracking numbers SOL HC 22000340 and SOL HC 22000208, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

Your medical conditions will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

M. Felder
Chief Executive Officer
California State Prison – Solano

10-21-22
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**                                                   34

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: SOL HC 23000408 |
|---|---|---|

J. Baringa RN

| Staff Name and Title (Print) | Signature ＿2 B＿ RN | Date 10/6/2022 |
|---|---|---|

If you think you have a **medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): STEPHENS JIMMIE | CDCR #: C56483 | Unit/Cell #: C-7-391-L |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

On or About 9-19-22 Saw Dr Bzoskie
for Prostate Treatment - Cancer - As Silbenafil is
being Hindered - Denied as of the 9-19-22 Visit
and Ongoing.
   As Request Alternative Treatment for E.D.
by "Ultra-Sound" ect by Dr Bzoskie.
   Also Request Urologist Recommendation since
first Recommendation of Silbenafil is Denied as
of this 602, As to Ultra-Sound ect. Treatment
Denied - Hindered, - As Showing Deliberate Indifference.
   "Estelle v Gamble" 429 US 106 (1976)

Supporting Documents Attached. Refer to CCR 3999.227   ☐ Yes   ☐ No

| Grievant Signature: | Date Submitted: 10-1-22 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.   ☒

| SECTION B: HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☒ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: ＿＿＿＿＿  Date: ＿＿＿＿＿

☐ Withdrawn (see section E)

☒ Accepted   Assigned To: L. Pope   Title: HCGC   Date Assigned: 10/10/22   Date Due: 10/13/22

| Interview Conducted? ☒ Yes ☐ No | Date of Interview: 10/6/2022 | Interview Location: Bld 508 |
|---|---|---|

| Interviewer Name and Title (print): J. Baringa RN | Signature: 2 B＿ RN | Date: 10/6/2022 |
|---|---|---|

| Reviewing Authority Name and Title (print): M. Felder, CEO | Signature: M. Felder | Date: 10-21-22 |
|---|---|---|

| Disposition: See attached letter   ☐ Intervention   ☒ No Intervention |
|---|

| HCGO Use Only: Date closed and mailed/delivered to grievant:   OCT 21 2022 |
|---|

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | |
| 4. Comments: 8.7 | | | |

RECEIVED
SOL
OCT 6 2022
HCGO

COMPLETED
SOL
OCT 21 2022
HCGO

**STAFF USE ONLY**

35

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: SOL HC 22000408

| | |
|---|---|
| **SECTION C:** | **Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response,** explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Grievant Signature:**                                          **Date Submitted:**

| | |
|---|---|
| **SECTION D:** | **HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**     Is a CDCR 602 HC A attached? ☐ Yes     ☐ No |

This grievance has been:

☐ Rejected (See attached letter for instruction):     Date:            Date:

☐ Withdrawn (see section E)   ☐ Accepted

☐ Amendment     Date:

Interview Conducted?     ☐ Yes ☐ No     Date of Interview:            Interview Location:

Interviewer Name and Title (print):            Signature:            Date:

**Disposition:** See attached letter     ☐ Intervention          ☐ No Intervention

*This decision exhausts your administrative remedies.*

**HQ Use Only:** Date closed and mailed/delivered to grievant:

| | |
|---|---|
| **SECTION E:** | **Grievant requests to WITHDRAW health care grievance:** I request that this health care grievance be withdrawn from further review. Reason: |

_____
_____
_____
_____

**Grievant Signature:**                                          **Date Submitted:**

| **Staff Name and Title (Print):** | **Signature:** | **Date:** |
|---|---|---|

# S T A F F   U S E   O N L Y

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

36

## ADA/Effective Communication Patient Summary

**As of:** 10/06/2022 09:20

### Patient Information

**NAME:** STEPHENS, JIMMIE
**CDCR:** C56483

### Disability Placement Program

**Current DPP Code(s):**
 * DLT

**DPP Verification/Accommodation Date:** 08/26/17 17:07:45 PDT

**Current Housing Restrictions/Accomodations:**
 * Bottom Bunk
 * Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 08.7

**TABE Date:** 04/20/2007 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**
 * Upper Denture Type: Full
 * Lower Denture Type: Partial
 * Night Guard: No

**Dental Prosthetic Date:** 09/19/22 12:27:00 PDT

### MHSDS

**MHLOC:**  GP

Exhibit  5..

Gates again Denied Treatment for Prostate Glands,ED Dysfunctions,
Sildenafil,Rectal Bleedings,of 9-6-22..



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Headquarters' Level Response

**Closing Date:**    SEP 0 6 2022

**To:**    STEPHENS, JIMMIE (C56483)
California State Prison – Solano
P. O. Box 4000
Vacaville, CA 95696-4000

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**    SOL HC 22000155

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:  Disagreement with Treatment (PCP) | Concerns regarding prostate, sperm glands, erectile dysfunction, and rectal bleeding. |
| Issue:  Referral (Urology) | Urology referral. |

## HEADQUARTERS' LEVEL DISPOSITION

☒ No intervention.    ☐ Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.

You have continued to receive monitoring for your history of prostate cancer, status-post completion of radiation therapy, including urology specialist consultation in May 2022, laboratory studies, and primary care provider evaluations. As referenced in the Institutional Level Response, there is no documentation of recurrence of prostate cancer, at this time. Progress notes reflect you are doing well and have remained stable. The urologist noted recommendation to follow-up on as-needed basis. You are currently pending repeat prostate-specific antigen (PSA), as recommended by the urologist; you will be notified as the laboratory appointment nears. You continue to have an active order for terazosin for benign prostate hyperplasia management.

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

Additionally, you have continued to receive monitoring and treatment for a history of blood in stool. You were recently seen by the primary care provider on July 25, 2022, at which time prior colonoscopy results from 2020 were reviewed, noting finding of polyp which was removed. You were noted to have internal hemorrhoids and fecal immunochemical test (FIT) results from May 25, 2022, were discussed with you. A plan of care was noted, to include referral for repeat colonoscopy and continued orders for rectal suppository and constipation medication. During the encounter, the primary care provider noted your concern for Viagra (sildenafil) for erectile dysfunction, for which an order was submitted.

The order for sildenafil was reviewed by the pharmacy, noting lack of non-formulary approval. The primary care provider subsequently cancelled the medication order, noting the medication to not be medically necessary. Per California Code of Regulations, Title 15, Section 3999.200, California Correctional Health Care Services shall provide health care services to patients which are based on medical or clinical necessity.

On July 26, 2022, a Request for Service order for the colonoscopy was approved during prospective review. If the appointment does not take place within the timeframes outlined in the Health Care Department Operations Manual, Health Care Definitions, you may discuss your concerns with health care staff by utilizing the approved processes to access health care services in accordance with California Correctional Health Care Services policy.

There is no recent documentation you have attempted to access health care services utilizing the approved processes for concerns related to urologic or prostate condition, or to report rectal bleeding. You remain enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you. Your medical condition will continue to be monitored with care provided as determined medically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

Prescriptions/orders shall be limited to the medications listed in the California Correctional Health Care Services Formulary, unless otherwise provided by the non-formulary process in accordance with the Health Care Department Operations Manual, Section 3.5.4, CCHCS Drug Formulary. There is no documentation you have a current condition that meets the criteria for non-formulary use of sildenafil.

You alleged negligent care; however, your allegation is refuted by professional health care staff familiar with your health care history, as well as a review of your health record. There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

It is not appropriate to expand the health care grievance beyond the initial issue(s). The Health Care Correspondence and Appeals Branch has the discretion whether to address new issues; it has been determined the new issue(s), *regarding denial of an ultrasound,* not included in the originally submitted CDCR 602 HC, Health Care Grievance, will not be addressed at the headquarters' level per California Code of Regulations, Title 15, Section 3999.230(i).

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

46

J. STEPHENS, C56483
SOL HC 22000155
Page 3 of 3

A review of the Health Care Appeals and Risk Tracking System reveals you regularly utilize the health care grievance process for your health care concerns. Records indicate that several of your health care grievances include multiple issues, many of which are duplicative of other health care grievances submitted, which makes it complicated for staff to ensure that your explicit concerns are being addressed. You are encouraged to work with your clinicians and the Health Care Grievance Office, by making efforts to provide information that is not duplicative and does not involve multiple issues that do not derive from a single event, or are not directly related and cannot be reasonably addressed in a single response. Per California Code of Regulations, Title 15, Section 3999.227(e), a grievance is limited to one issue or set of issues related to a single health care discipline that can reasonably be addressed in a single health care grievance response and may be subject to rejection per California Code of Regulations, Title 15, Section 3999.234(a)(1). Health care grievances that duplicate the grievant's previous health care grievance upon which a decision was rendered or is pending and the grievant has not provided any new information that would indicate additional review is warranted may be subject to rejection per California Code of Regulations, Title 15, Section 3999.234(a)(6).

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

Digitally signed by HCCAB
Date: 2022.09.08 08:55:25
-07'00'

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

September 8, 2022

Reviewed and Signed Date

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758

41

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE**                                                                                    Page 1 of 2
CDCR 602 HC (Rev. 10/18)

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: SOL HC 22000155 | |
|---|---|---|---|

J. Barriga RN                                    2 b-i RN                        5/2/2022

Staff Name and Title (Print)                    Signature                              Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Stephens, Jimmie E. | CDCR #: C56483 | Unit/Cell #: C13-9-1L |
|---|---|---|

| **SECTION A:** | Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy: |
|---|---|

See attached CDCR 602 HC (Rev. 6/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Documents Attached. Refer to CCR 3999.227   ☐ Yes   ☐ No

| Grievant Signature: | Date Submitted: |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only       Is a CDCR 602 HC A attached? ☒ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____

☐ Withdrawn (see section E)

☒ Accepted     Assigned To: J. Barriga     Title: HCARN     Date Assigned: 5/2/22   Date Due: 9/4/22

Interview Conducted?   ☒ Yes ☐ No   Date of Interview: 5/10/2022     Interview Location: Bld - 508

| Interviewer Name and Title (print): J. Barriga RN | Signature: 2 b-i RN | Date: 5/10/2022 |
|---|---|---|
| Reviewing Authority Name and Title (print): Michael A. Felder, MS., MBA ~~Chief Executive Officer~~ | Signature: | Date: 5/26/22 |

Disposition: See attached letter   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant:   MAY 27 2022

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | | |
|---|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | | COMPLETED |
| ☐ DPH☐ DPV☐ LD | ☐ Equipment☐ SLI | ☐ Patient summed information | RECEIVED | SOL |
| ☐ DPS☐ DNH | ☐ Louder☐ Slower | Please check one: | SOL | MAY 27 2022 |
| ☐ DDP | ☐ Basic☐ Transcribe | ☐ Not reached*☐ Reached | MAY - 2 2022 | STAFF USE ONLY |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | | HCGO |

4 Comments:

RECEIVED SOL MAY - 2 2022 HCGO

COMPLETED STAFF USE ONLY SEP 0 8 2022

42

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE**                                                                          Page 2 of 2
CDCR 602 HC (Rev. 10/18)

801
Tracking #: HC 22000155

| SECTION C: | **Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response**, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Grievant Signature: | Date Submitted: |

| SECTION D: | HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☒ Yes  ☐ No |

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section E)   ☒ Accepted

☐ Amendment    Date: _____

Interview Conducted?    ☐ Yes  ☒ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

| **Disposition:** See attached letter | ☐ Intervention | ☒ No Intervention |

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant:   SEP 0 8 2022

| SECTION E: | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: |

_____

_____

_____

| Grievant Signature: | Date Submitted: |

| Staff Name and Title (Print): | Signature: | Date: |

RECEIVED
HCCAB
JUN 1 5 2022

**S T A F F   U S E   O N L Y**

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

43

## ADA/Effective Communication Patient Summary

**As of:** 05/02/2022 09:59

### Patient Information

**NAME:** STEPHENS, JIMMIE
**CDCR:** C56483

### Disability Placement Program

**Current DPP Code(s):**
* DLT

**DPP Verification/Accommodation Date:** 08/26/17 17:07:45 PDT

**Current Housing Restrictions/Accomodations:**
* Bottom Bunk
* Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 08.7

**TABE Date:** 04/20/2007 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

**Dental Prosthetic:**

**Dental Prosthetic Date:**

### MHSDS

**MHLOC:** GP

RECEIVED
HCCAB
JUN 1 5 2022

4 4

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE**                                                                                  Page 1 of 2
CDCR 602 HC (Rev. 06/17)

| STAFF USE ONLY | Expedited? | ☐ Yes | ☐ No | Institution: | Tracking #: |
|---|---|---|---|---|---|

SOL HC 22000155

Staff Name and Title (Print)                          Signature                                    Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | | CDCR #: | Unit/Cell #: |
|---|---|---|---|
| STEPHENS JIMMIE E | | C56483 | C-13-9-1-L |

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

My Prostate was Diagnosed with Destroyed Sperm Glands by Dr. Liu of SSN Joaquin as of 4-28-22 Nothing Has been Done for this Problem, As After Last Colonosopy & Emergency Men Down, I was Diagnosed with An Infected & Bleeding from Anus And Penis At some time without Treatment to Make whole As Sperm Glands Lost with

*If you need more space, use Section A of the CDCR 602 HC A*

☐ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached:

☒ No, I have not attached any supporting documents. Reason: Medicare files

| Grievant Signature: | Date Submitted: | 4-28-22 |
|---|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.  ☒

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? | ☐ Yes | ☐ No |
|---|---|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section C)

| ☐ Accepted | Assigned To: | Title: | Date Assigned: | Date Due: |
|---|---|---|---|---|

| Interview Conducted? | ☐ Yes ☐ No | Date of Interview: | Interview Location: |
|---|---|---|---|

| Interviewer Name and Title (print): | Signature: | Date: |
|---|---|---|
| Reviewing Authority Name and Title (print): | Signature: | Date: |

| Disposition: See attached letter | ☐ Intervention | ☐ No Further Intervention | ☐ No Intervention |
|---|---|---|---|

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant:

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH☐ DPV☐ LD | ☐ Equipment☐ SLI | ☐ Patient summed information |
| ☐ DPS☐ DNH | ☐ Louder☐ Slower | **Please check one:** |
| ☐ DDP | ☐ Basic☐ Transcribe | ☐ Not reached*☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: _____

RECEIVED SOL MAY-2 2022 HCGO

COMPLETED HCCAB SEP 08 2022

COMPLETED SOL ONLY MAY 27 2022 HCGO

45

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE**
Page 2 of 2
CDCR 602 HC (Rev. 06/17)

Tracking # SOL HC 22000155

**SECTION B:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

① Urologist Diagnosis for serious Medical
Condition E.D. or Erectile Dysfunction if Diagnosed
by a Physician as failing to meet Violates 8th
Amendment when 5-16-22 Dr Hsieh Monitered
Viagra for serious Blood flow Obstruction will
further Risk of Harm ongoing
   As on 6-7-22 Dr Nguyen-Do Denied
Hsieh Recommendation - Treatment Denied.
   I Ven 4 5, 10, 15 Viagra A month Defics
failure to treat as Alternative "Ultra Sound"
Also an Option for Treatment, Also Denied.
         Johnson v Busbee 953, f2D, 349-51 (8th 1991)

Grievant Signature: _____ [signature]            Date Submitted: 6-12-22

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL:** Staff Use Only          Is a CDCR 602 HC A attached?   ☐ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):      Date: _____      Date: _____

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?        ☐ Yes  ☐ No      Date of Interview: _____      Interview Location: _____

Interviewer Name and Title (print): _____      Signature: _____      Date: _____

Disposition: See attached letter    ☐ Intervention       ☐ No Further Intervention        ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: _____

**SECTION C:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

Grievant Signature:                                            Date Submitted:

Staff Name and Title (Print):                    Signature:                              Date:

RECEIVED
HCCAB
JUN 1 5 2022

**STAFF USE ONLY**

Distribution: Original - Returned to grievant after completed. Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

48/6

**STAFF USE ONLY**

Institution: _____  Tracking #: SOL HC 22000155

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| STEPHENS JIMMIE E | C56483 | C-13-5-1-L |

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy) :

Electile Distinction OR E.D. based on Negligence of
Queen of Valley Hospital as a pattern Also 4
Counts of gross Negligence by QVH of 2010 and
Sent Back Storys Abuse Deliberate Indifference no
Treatment for Prostate Cancer with Risk of future
Harm Injury ongoing as Right to Urologist Denied
by Dr Aung Nay showing Recklessness and
Disregard ongoing for serious Medicine under 8th —
Treatment Denied, ongoing —
Urologist Denied, for Sperm Glands Saw one
time A Dr Liu, no E.D. Treatment for serious
Medicine

| Grievant Signature: | Date Submitted: 4-28-22 |
|---|---|

**SECTION B:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response) :

(2) Sperm Glands Destroyed by Radiation
Treatment as Also failure to Treat or of options
for Treatment as Injury-Damages.
As Urologist of 5-16-22 Stated Radiation
Burned-out Entire Prostate without Proof
or Diagnosis as visit was by TELEMED no tests
or Physical Contact of 5-16-22 by Hsieh
Nguyen-Do of 6-6-22 Gave no Comment on
Sperm Glands. But Recewed Tests Results of 5-26-22
Hemoroidil Blood Tests with follow-up as Abnormal
Needing Treatment ongoing Denied of Treatment — 8th —

| Grievant Signature: | Date Submitted: 6-12-22 |
|---|---|

RECEIVED
SOL
MAY -2 2022
HCGO

COMPLETED
HCCAP
SEP 0 8 2022

STAFF USE ONLY

COMPLETED
SOL
MAY 27 2022
HCGO

47

STATE OF CALIFORNIA
HEALTH CARE GRIEVANCE ATTACHMENT FB
CDCR 602 HC A (06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Document 15     Filed 04/12/23     Page 50 of 53     Page 2 of 2

Tracking #: SOLHC 22000155

**STAFF USE ONLY** | **Grievants do not write in this area.** Grievance Interview Clarification: Document issue(s) clarified during interview

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Staff Name and Title:** _____

**Signature:** _____     **Date:** _____

HCCAB
JUN 1 5 2022

STAFF USE ONLY

RECEIVED
HCCAB
JUN 1 5 2022

Distribution: **Original** - Returned to grievant after completed, **Scanned Copy -** Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

48

# CALIFORNIA CORRECTIONAL
# **HEALTH CARE SERVICES**

### Institutional Level Response

**Closing Date:**    MAY **2 7** 2022

**To:**        STEPHENS, JIMMIE (C56483)
            C 013 1009001LP
            California State Prison – Solano
            P. O. Box 4000
            Vacaville, CA 95696-4000

**Tracking #:**    SOL HC 22000155

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:    Referral ( Urology ) | Feels that based on his history he should be referred to an Urologist for erectile dysfunction, but treatment has been denied. |

## INTERVIEW
On May 10, 2022, you were interviewed by J. Barriga, Health Care Grievance Registered Nurse (HCARN) regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

☒ No intervention.    ☐ Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. You have received primary care provider evaluation and monitoring for your history of prostate cancer. The primary care provider completed assessments, noted review of your history, current symptoms, and laboratory/imaging results, and developed a plan of care, including referral for service (RFS) to a Urology Specialist. Per latest Urology encounter notes from May 16, 2022, you remain with no evidence of disease (prostate cancer).

Primary care provider notes show no indication for treatment for erectile dysfunction per Title-15 lack of medical necessity.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

RECEIVED
HCCAP
JUN 1 5 2022

49

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

M. Felder
Chief Executive Officer
CCHCS
California State Prison – Solano

5/25/22
Reviewed and Signed Date

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed. mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAP
JUN 1 5 2022

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

5b

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am

a prison inmate.

My prison address is:    California Sate Prison - Solano

Housing: C-18-116

P.O. Box 4000

Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by

delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to

the "Prison Mailbox Rule":

Case Name: Stephen v Felder                               Case #: CV-22-01791-EFB

Document(s) Served: ' 1983 Complaint..

_____

_____

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form

attached pursuant to prison regulations, was/were addressed as follows:

Attorney General
1300 i sTREET # 125
sACRAMENTO cALIF.94244

I declare under penalty of perjury that the foregoing is true and correct. This declaration was

executed on ___4-9-23___, in Vacaville, California

"date"            Signature: _Stehn Mchommos_

sTEPHEN mUHAMMED

Printed Name: _____

51

7